NUMBER 13-05-685-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG 

___________________________________________________________________

 

BASIC ENERGY SERVICES, L.P.,                                 Appellant,

 

                                           v.

 

KARON
SMITH, INDIVIDUALLY AND D/B/A 

SMITH DISPOSAL FACILITY,                                       Appellee.

___________________________________________________________________

 

                 On appeal from the 206th  District Court

                           of Hidalgo
County, Texas.

___________________________________________________________________

 

                     MEMORANDUM OPINION

 

                 Before Justices
Hinojosa, Yañez, and Garza

Memorandum
Opinion Per Curiam

 








Appellant, BASIC
ENERGY SERVICES, L.P., perfected an appeal from a judgment entered by the 206th District Court of Hidalgo County, Texas, in
cause number C-2767-04-D. 
After the record was filed, the parties filed a joint motion to dismiss
the appeal.  In the motion, the parties
state that they have compromised and settled all issues and controversies
between them related to this appeal.  The
parties request that this Court dismiss the appeal and that costs of appeal be
borne by the party incurring same.

The Court, having
considered the documents on file and the joint motion to dismiss the appeal, is
of the opinion that the motion should be granted.  The joint motion to dismiss is granted, and
the appeal is hereby DISMISSED.  

PER CURIAM

Memorandum Opinion delivered and filed this

the 13th day of April,
2006.